## Neyhard Estate.

Argued November 16, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John R. Morgan,* with him *Hobbs, Morgan and De-Witt,* for appellants.

*Hervey B. Smith,* with him *Smith, Eves and Keller,* for appellees.

OPINION PER CURIAM, January 25, 1971:
Decree affirmed.
Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Johnson, Appellant.

Argued November 20, 1970. Before BELL, C. J., JONES, COHEN, O'BRIEN and POMEROY, JJ.